IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENDRICK STORY, ADC #109934                                                                    PLAINTIFF

v.                                          No. 2:17CV00187-JLH-JJV

G. CAMPBELL, APN,
EARU Infirmary; *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect the full and correct names of Defendants as follows: Geraldine Campbell, Terri Moody, Patrick Drummond, Tammy Kimble, and Gregory Rechcigl. (Documents #12 at 1, #13 at 1.)

2. Defendant Rechcigl's Motion to Dismiss for Failure to State a Claim is DENIED. Document #13.

DATED this 11th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE