IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENDRICK STORY                                                                PLAINTIFF
ADC #109934

v.                           No. 2:17CV00187-JLH-JJV

GERALDINE CAMPBELL, APN,
EARU Infirmary; *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Partial Summary Judgment (Doc. No. 24) is GRANTED in part and DENIED in part.

   A. The Motion is granted with regard to Defendants Drummond, Kimble and Rechcigl and they are dismissed without prejudice from this cause of action.

   B. The Motion is DENIED in all other respects.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 27) is DENIED.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting these recommendations would not be taken in good faith.

DATED this 15th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE