IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENDRICK STORY                                                                                    PLAINTIFF
ADC #109934

v.                                         2:17CV00187-JLH

GERALDINE CAMPBELL, APN; and
TERRI MOODY, APN, EARU Infirmary                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 39) is GRANTED.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 42) is DENIED.

3. Plaintiff's inadequate medical care claims against Defendants Campbell and Moody are DISMISSED with prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 1st day of October, 2018.

                                                                                    _____
                                                                                    J. LEON HOLMES
                                                                                    UNITED STATES DISTRICT JUDGE