# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENDRICK STORY                                                                           PLAINTIFF
ADC #109934

v.                                    2:17CV00187-JLH

GERALDINE CAMPBELL, APN; and
TERRI MOODY, APN, EARU Infirmary                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Defendants Campbell and Moody are dismissed with prejudice and this case is now closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 1st day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE